1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  TREMAINE ELLIS, *et al.*,              )     CV09-6620-AHM (JEMx)
                                          )
12              Plaintiff(s),             )     ORDER OF DISMISSAL FOR FAILURE TO
                                          )     PROSECUTE
13     v.                                 )
                                          )
14  QUALITY HOME SERVICE, *et al.*,       )
                                          )
15              Defendant(s).             )
                                          )

16

17        On January 15, 2010, the Court ordered plaintiffs to show cause in writing, no

18  later than January 29, 2010, why the above-entitled action should not be dismissed as

19  to all remaining defendants for lack of prosecution.  To date, plaintiffs have not

20  complied with this order.

21        Accordingly, good cause appearing therefor, the Court hereby DISMISSES this

22  action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and

23  failure to obey an order of this Court.  The Clerk of the Court is directed to close the

24  file.

25        IT IS SO ORDERED.

26  Dated: February 4, 2010

27  **JS-6**                                  A. HOWARD MATZ
                                             United States District Judge

28